# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| Kenneth Wayne Tolbert | Case Number: DNCW104CR000059-001 |
| | USM Number: 18676-058 |
| | |
| | Steven George Slawinski |
| | Defendant's Attorney |

**THE DEFENDANT:**

___ Admitted guilt to violation of condition(s) _____ Of the term of supervision.

_X_ was found in violation of condition(s) count(s) 2,3,4,5,6,7,8,9 after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Failure to Report Contact with law Enforcement Officer | 12/27/08 |
| 3 | Failure to Report to Probation Officer as Instructed | 2/6/2009 |
| 4 | Failure to Submit Monthly Supervision Reports | 2/5/2009 |
| 5 | Failure to Comply With Drug Testing/Treatment Requirements | 2/10/2009 |
| 6 | Failure to Make Required Court Payments | 2/27/2009 |
| 7 | Drug/Alcohol Use | 5/14/2009 |
| 8 | Failure To Comply With Drug Testing / Treatment Requirements | 5/12/2009 |
| 9 | Failure To Report Change In Residence | 3/13/2009 and 4/27/2009 |

The Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Signed: June 3, 2009

Lacy H. Thornburg
United States District Judge

Defendant: Kenneth Wayne Tolbert
Case Number: DNCW104CR000059-001

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>eighteen (18) months</u>.

    ___    The Court makes the following recommendations to the Bureau of Prisons:

    <u>X</u>    The Defendant is remanded to the custody of the United States Marshal.

    ___    The Defendant shall surrender to the United States Marshal for this District:

        ___    As notified by the United States Marshal.

        ___    At___a.m. / p.m. on ___.

    ___    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___    As notified by the United States Marshal.

        ___    Before 2 p.m. on ___.

        ___    As notified by the Probation Office.

## RETURN

      I have executed this Judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


                                 _____
                                 United States Marshal


              By:     _____
                         Deputy Marshal

Defendant: Kenneth Wayne Tolbert                                    Judgment-Page <u>3</u> of <u>3</u>
Case Number: DNCW104CR000059-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|:---:|:---:|:---:|
| $0.00 | $0.00 | $385.00 |
| | | ***Total outstanding balance of Restitution due and remains in effect as outlined in Judgment entered 2/15/2005*** |

## FINE

   The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

____          The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

 X          The interest requirement is waived.

____          The interest requirement is modified as follows:

## COURT APPOINTED COUNSEL FEES

____          The defendant shall pay court appointed counsel fees.

____          The defendant shall pay $_____ Towards court appointed fees.

Case Number: DNCW104CR000059-001

# RESTITUTION PAYEES

The defendant shall make restitution to the following payees in the amounts listed below:

| NAME OF PAYEE | AMOUNT OF RESTITUTION ORDERED |
|---|---|
| United States Probation Office | $385.00 |

____    The defendant is jointly and severally liable with co-defendants for the total amount of restitution.

____    Any payment not in full shall be divided proportionately among victims.