# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:4CR59

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KENNETH WAYNE TOLBERT. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon the court's Motion to Recuse. Having considered the court's Motion to Recuse and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion to Recuse is **GRANTED,** and the undersigned respectfully recuses himself in this matter as he had done previously.

Signed: April 19, 2010

Dennis L. Howell
United States Magistrate Judge