# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| Kenneth Wayne Tolbert | Case Number: DNCW104CR000059-001 |
| | USM Number: |
| | |
| | Steven George Slawinski |
| | Defendant's Attorney |

**THE DEFENDANT:**

      Admitted guilt to violation of condition(s) _____ Of the term of supervision.

  X   was found in violation of condition(s) count(s) 2,3,4,5,6,7,8,9 after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Failure to Report Contact with law Enforcement | 12/27/08 |
| 3 | Failure to Report to Probation Officer as Instructed | 2/6/2009 |
| 4 | Failure to Submit Monthly Supervision Reports | 2/5/2009 |
| 5,8 | Failure to Comply With Drug Testing/Treatment | 2/10/2009 and 5/12/2009 |
| 6 | Failure to Make Required Court Payments | 2/27/2009 |
| 7 | Drug/Alcohol Use | 5/14/2009 |
| 9 | Failure To Report Change In Residence | 3/13/2009 and |

      The Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

      The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

      **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 5/11/2010

Signed: May 17, 2010

Martin Reidinger
United States District Judge

Defendant: Kenneth Wayne Tolbert                                      Judgment-Page <u>2</u> of <u>3</u>
Case Number: DNCW104CR000058-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>time served</u>.

___  The Court makes the following recommendations to the Bureau of Prisons:

___  The Defendant is remanded to the custody of the United States Marshal.

___  The Defendant shall surrender to the United States Marshal for this District:

        ___  As notified by the United States Marshal.

        ___  At___a.m. / p.m. on ___.

___  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___  As notified by the United States Marshal.

        ___  Before 2 p.m. on ___.

        ___  As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


_____
United States Marshal


By:      _____
Deputy Marshal

Defendant: Kenneth Wayne Tolbert                                                  Judgment-Page <u>3</u> of <u>3</u>
Case Number: DNCW104CR000058-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|---|---|---|
| $0.00 | $0.00 | $385.00 |
| | | ***Total outstanding balance of Restitution due and remains in effect*** |

## FINE

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

___        The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

 X         The interest requirement is waived.

___        The interest requirement is modified as follows:

## COURT APPOINTED COUNSEL FEES

 X         The defendant shall pay court appointed counsel fees.

___        The defendant shall pay $_____ Towards court appointed fees.

# RESTITUTION PAYEES

The defendant shall make restitution to the following payees in the amounts listed below:

| <u>NAME OF PAYEE</u> | <u>AMOUNT OF RESTITUTION ORDERED</u> |
|---|---|
| United States Probation Office | $385.00 |

__ The defendant is jointly and severally liable with co-defendants for the total amount of restitution.

__ Any payment not in full shall be divided proportionately among victims.